UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-------------------------------------------------------------------

In re:

CASE NO: 02-31904

Petition of Miguel Eduardo Ladron De Guevara Alvarez,
the Foreign Representative of Banco Nacional
de Obras y Servicios Publicos, S.N.C. Receiver for
TRANSPORTES AEREOS EJECUTIVOS, S.A. DE C.V. en quiebra

Debtor in a Foreign Proceeding.

-------------------------------------------------------------------

ORDER DISMISSING CASE

The above-entitled matter duly came on before the undersigned on June 2, 2004, on the Debtor's Motion to Dismiss this Ancillary Proceeding. Based upon the Motion, and there being no objection, this case is dismissed.

Dated: June  2  , 2004

/e/ Dennis D. O'Brien
_____

Dennis D. O'Brien
Judge of U.S. Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/02/04
Lori A. Vosejpka, Acting Clerk, By DLR